# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY R. SMITH,<br><br>Defendant. | Case No. 16-00251-01-CR-W-BP |

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL

On December 8, 2016, the Honorable Sarah W. Hays, Chief United States Magistrate Judge for this District, issued a Report recommending that the undersigned find that Defendant is competent to stand trial. (Doc. 28.) Judge Hays' Report further advises that the parties "waive their right to file objections." (Doc. 28, p. 2.) This is confirmed by the transcript of the proceedings. (Doc. 27, p. 4.)

The Court has reviewed the psychiatric report dated November 10, 2016, (Doc. 23), and the transcript of the proceedings before Judge Hays, (Doc. 27.) Based on the psychiatric report and the transcript, and the lack of an objection from either party, the Court adopts Judge Hays' recommendation and finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

DATE: December 13, 2016

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT